**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FILED**

JUN 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOEL JOHNSON, JR.                    )
5430 85TH AVENUE                     )
HYATTSVILLE, MD. 20784               )
                                     )
        Plaintiff                    )
                                     )
v.                                   )          CA. No.
                                     )
PENN CAMERA EXCHANGE                 )     Case: 1:07-cv-01175
840 E. STREET, N.W.                  )     Assigned To : Kollar-Kotelly, Colleen
WASHINGTON, D.C                      )     Assign. Date : 6/29/2007
    Defendant                        )     Description: Employ. Discrim.
                                     )
Serve: C T Corporation System        )
        1050 15th Street, N.W.        )
        Suite 1000                   )
        Washington, D.C. 2005        )
_____)

## PLAINTIFF'S COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF

I.

## INTRODUCTION

This is a complaint for declaratory and injunctive relief brought by the

Plaintiff, Joel Johnson, Jr. for a violation of his civil rights under the

provisions of the 1964 Civil Rights Act. In particular, Plaintiff submits that he

was discriminated against due to his race and that he was subject to acts of

respirsal due to his engagement in protected activity under the statue.

II.

## JURISDICTION

1

2. The jurisdiction of this honorable court is hereby evoked pursuant to;

a. 28 U.S.C. § 1331 in that this case arises under the laws and consitution of the United States.

b. 42 U.S.C. § 2000e et.seq in that this case arises under the provisions of Title VII of the 1964 Civil Rights, as amended.

III.

## PARTIES

3. Plaintiff, Joel Johnson, is a former employee of the Defendant, Penn Camera who was subjected to acts of discrimination and reprisal by said defendant.

4. Defendant, Penn Camera Exchange, is the former employer o f the Plaintiff who subjected the Plaintiff to acts of discrimination and reprisal.

IV.

## STATEMENT OF FACTS

5. Plaintiff was orginally employed by the Defendant in May of 1999 as a lab technician. Plaintiff was responsible for handling of the  E-6 processing machine, developing film or slides brought in by customers and other stores

6. Plaintiff  was a satisfactory employee during the period of May 1999 until he had a new supervisor, one Bob Gutoski, white male.

7. After Mr. Gutoski had assumed the position of Plaintiff's supervisor Plaintiff was held responsible for the actions of other white employees in the store

8. During the period of August 2004 to December of said year Plaintiff was held to a different standard of performance than his white counter parts at the store.

9. In December of 2004 Plaintiff filed an EEO Complainant with the EEOC claiming that he had been discriminated against by his employer.

10. After he had filed the EEO complaint Plaintiff's work product was subjected to close scrutiny on a continuos basis.

11. Plaintiff was denied a raise and was subsequently placed on an performance improvement plan and was subsequently terminated after complaining further about conditions of his employment as a hostile environment with EEOC,.

12. On or about April 7, 2007 the EEOC issued a right to sue letter.

13. This complaint followed.

## V.

## STATEMENT OF CLAIMS

### 1.

## DISCRIMINATION  DUE TO RACE

14. Plaintiff incorporates by reference paragraphs 3 through 13 as though stated herein.

14. Plaintiff submits that was held to a different standard of performance than his white counterparts.

15. Plaintiff was also held responsible for the mistakes and actions of his

white counterparts when he was working in the lab.

16. Plaintiff submits that as a result of these actions he was discriminated against on the basis of his race.

## 2.

## HOSTILE WORK ENVIRONMENT

17. Plaintiff incorporates by reference paragraphs 3 through 16 as though stated herein.

18. Plaintiff submits that he was subject to a hostile work environment due to his race by his employer.

19. Plaintiff was also held responsible for the mistakes and actions of his white counterparts when he was working in the lab.

20. Plaintiff was subject to a continuous pattern of verbal and psychological abuse by his supervisor which was reserved for Plaintiff alone.

20. Plaintiff submits that as a result of these actions he was subjected to a hostile work environment due to his race.

## VI

## PRAYER FOR RELIEF

Wherefore, based upon the foregoing Plaintiff prays that this honorable court:

(1) Enter an order finding that Plaintiff was discriminated against due to his race.

(2) Enter an order finding that Plaintiff was subjected to a hostile work environment due to his race.

(3) Enter an injunction prohibiting the Defendant from continuing to engage in any discrrminatory employment practices which violate Title VII of the 1964 Civil Rights Act.

(4) Enter an injunction prohibiting the Defendant from continuing to allow a hostile work environment based on race.

(5) Enter an order awarding Plaintiff any other relief this honorable court deems just and proper.

(6) Enter an order awarding the Plaintiff attorney's fees.

(7) Enter an order awarding plaintiff compensatory damages.

Respectfully submitted,

Karl W. Carter, Jr.
Attorney for the Plaintiff
1050 17th Street, N.W.
Suite 1000
Washington, D.C. 20036
(202) 955-1010

**CIVIL COVER SHEET**

#1175
CKK

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

Joel Johnson, Jr.    88888

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS**

Penn Camera Exchange

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Karl W. Carter Jr
1050 17th St. N.W.
Suite 1000 Wash D.C. 2003

ATTORNEYS (IF KNOWN)

Case: 1:07-cv-01175
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 6/29/2007
Description: Employ. Discrim.

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

□ 1 U.S. Government Plaintiff

☑ 3 Federal Question (U.S. Government Not a Party)

□ 2 U.S. Government Defendant

□ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | □ 1 | □ 1 | Incorporated or Principal Place of Business in This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**□ A. Antitrust**

□ 410 Antitrust

**□ B. Personal Injury/ Malpractice**

□ 310 Airplane
□ 315 Airplane Product Liability
□ 320 Assault, Libel & Slander
□ 330 Federal Employers Liability
□ 340 Marine
□ 345 Marine Product Liability
□ 350 Motor Vehicle
□ 355 Motor Vehicle Product Liability
□ 360 Other Personal Injury
□ 362 Medical Malpractice
□ 365 Product Liability
□ 368 Asbestos Product Liability

**□ C. Administrative Agency Review**

□ 151 Medicare Act

**Social Security:**
□ 861 HIA ((1395ff)
□ 862 Black Lung (923)
□ 863 DIWC/DIWW (405(g)
□ 864 SSID Title XVI
□ 865 RSI (405(g)

**Other Statutes**
□ 891 Agricultural Acts
□ 892 Economic Stabilization Act
□ 893 Environmental Matters
□ 894 Energy Allocation Act
□ 890 Other Statutory Actions (If Administrative Agency is Involved)

**□ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**□ E. General Civil (Other) OR □ F. Pro Se General Civil**

**Real Property**
□ 210 Land Condemnation
□ 220 Foreclosure
□ 230 Rent, Lease & Ejectment
□ 240 Torts to Land
□ 245 Tort Product Liability
□ 290 All Other Real Property

**Personal Property**
□ 370 Other Fraud
□ 371 Truth in Lending
□ 380 Other Personal Property Damage
□ 385 Property Damage Product Liability

**Bankruptcy**
□ 422 Appeal 28 USC 158
□ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
□ 535 Death Penalty
□ 540 Mandamus & Other
□ 550 Civil Rights
□ 555 Prison Condition

**Property Rights**
□ 820 Copyrights
□ 830 Patent
□ 840 Trademark

**Federal Tax Suits**
□ 870 Taxes (US plaintiff or defendant
□ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
□ 610 Agriculture
□ 620 Other Food &Drug
□ 625 Drug Related Seizure of Property 21 USC 881
□ 630 Liquor Laws
□ 640 RR & Truck
□ 650 Airline Regs
□ 660 Occupational Safety/Health
□ 690 Other

**Other Statutes**
□ 400 State Reapportionment
□ 430 Banks & Banking
□ 450 Commerce/ICC Rates/etc.
□ 460 Deportation

□ 470 Racketeer Influenced & Corrupt Organizations
□ 480 Consumer Credit
□ 490 Cable/Satellite TV
□ 810 Selective Service
□ 850 Securities/Commodities/ Exchange
□ 875 Customer Challenge 12 USC 3410
□ 900 Appeal of fee determination under equal access to Justice
□ 950 Constitutionality of State Statutes
□ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

①

| ☐ **G. Habeas Corpus/** 2255 | ☐ **H. Employment** **Discrimination** | ☐ **I. FOIA/PRIVACY** **ACT** | ☐ **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General ☐ 510 Motion/Vacate Sentence | ☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)  *(If pro se, select this deck)* | ☐ 895 Freedom of Information Act ☐ 890 Other Statutory Actions (if Privacy Act)  *(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ **K. Labor/ERISA** **(non-employment)** | ☐ **L. Other Civil Rights** **(non-employment)** | ☐ **M. Contract** | ☐ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act ☐ 720 Labor/Mgmt. Relations ☐ 730 Labor/Mgmt. Reporting & Disclosure Act ☐ 740 Labor Railway Act ☐ 790 Other Labor Litigation ☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act) ☐ 443 Housing/Accommodations ☐ 444 Welfare ☐ 440 Other Civil Rights ☐ 445 American w/Disabilities-Employment ☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance ☐ 120 Marine ☐ 130 Miller Act ☐ 140 Negotiable Instrument ☐ 150 Recovery of Overpayment & Enforcement of Judgment ☐ 153 Recovery of Overpayment of Veteran's Benefits ☐ 160 Stockholder's Suits ☐ 190 Other Contracts ☐ 195 Contract Product Liability ☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 U.S.C. 3 2000e - et seq. Complaint for race discrimination.

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   **DEMAND $**   Check YES only if demanded in complaint  **JURY DEMAND:** ☐ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES ☐ NO   If yes, please complete related case form.

**DATE** 6/29/07   SIGNATURE OF ATTORNEY OF RECORD   *Karl W. Carter Jr.*

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

RECEIVED

JUN 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4:\forms\js-44.wpd