IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOEL JOHNSON, JR.                            :
                                             :
    Plaintiff                                :
                                             :       Case No.: 07-cv-01175
    v.                                       :       Judge Colleen Kollar-Kotelly
                                             :
PENN CAMERA EXCHANGE         :
                                             :
    Defendant                                :

## MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Penn Camera Exchange, by and through undersigned counsel, Paley, Rothman, Goldstein, Rosenberg, Eig & Cooper, Chartered, respectfully requests that this Honorable Court enter an Order extending Defendant's time to Answer or otherwise respond to Plaintiff's Complaint for 30 days and for cause states as follows:

1.      Plaintiff, Joel Johnson, Jr., filed his Complaint on or about June 25, 2007 and Defendant's resident agent was served via certified mail on or about June 27, 2007.

2.      Thus, Defendant's time to Answer or otherwise respond to Plaintiff's Complaint expires on August 16, 2007.

3.      On or about August 6, 2007, counsel Penn Camera advised cousel for Plaintiff, Karl W. Carter, Jr., that Defendant needed an extension of time to respond to Plaintiff's complaint.  During that same phone conversation, Mr. Carter indicated that an extension of time would not be a problem.  Defendant's counsel attempted to contact Mr. Carter to obtain his express consent to this motion on Tuesday, August 14, 2007 but was unable to reach him and did not receive a return call before the filing of this motion.

4.      Due to the press of business and vacation schedules of the relevant employees at Penn Camera, Defendant respectfully requests an extension of time for 30 days or until

September 15, 2007 to Answer or otherwise respond to Plaintiff's Complaint.

     5.     Such an extension will not prejudice either party at this stage of the litigation.

WHEREFORE, Defendant respectfully requests that Defendant's time to answer or otherwise respond to Plaintiff's Complaint be extended 30 days.

              PALEY, ROTHMAN, GOLDSTEIN,
              ROSENBERG, EIG & COOPER, CHARTERED


By          /s/
              Hope B. Eastman, Esq., Bar No. 55517
              James R. Hammerschmidt, Esq., Bar No. 448128
              4800 Hampden Lane, 7th Floor
              Bethesda, MD  20814
              (301) 656-7603
              *Attorneys for Defendant*


## Certificate of Service

I HEREBY CERTIFY that, on this 15th day of August, 2007, a copy of the foregoing Motion for Extension of Time to Answer or otherwise respond to Plaintiff's Complaint was transmitted electronically pursuant to the system of the United States District Court for the District of Columbia and that the same will be available to Plaintiff's counsel.


             /s/
             Hope B. Eastman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOEL JOHNSON, JR.                          :
                                           :
    Plaintiff                            :
                                           :        Case No.: 07-cv-01175
v.                                         :        Judge Colleen Kollar-Kotelly
                                           :
PENN CAMERA EXCHANGE                       :
                                           :
    Defendant                            :

## **ORDER**

UPON CONSIDERATION of the Motion for Extension of Time, it is this _____ day of

_____, 2007 by the District Court for the District Of Columbia,

ORDERED, that the Motion for Extension of Time be, and the same is hereby

GRANTED; and it is further

ORDERED, that the time for Defendant to Answer or otherwise respond to Plaintiff's

Complaint be, and the same are hereby, extended by 30 days until September 15, 2007.


                       _____
                       Judge Colleen Kollar-Kotelly
                       United States District Judge