IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOEL JOHNSON, JR. | : | |
| | : | |
| Plaintiff | : | |
| | : | Case No.: 07-cv-01175 |
| v. | : | Judge Colleen Kollar-Kotelly |
| | : | |
| PENN CAMERA EXCHANGE | : | |
| | : | |
| Defendant | : | |

## CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Penn Camera Exchange, by and through undersigned counsel, Paley, Rothman, Goldstein, Rosenberg, Eig & Cooper, Chartered, respectfully requests that this Honorable Court enter an Order extending Defendant's time to Answer or otherwise respond to Plaintiff's Complaint for 30 days and for cause states as follows:

1. On or about August15, 2007, the Parties asked this court to extend the time for Defendant to Answer or otherwise respond to Plaintiff's Complaint.

2. The Court granted the Order on August 20, 2007.

3. Since that time, the parties have begun settlement discussions and are working toward a resolution of this matter without the need for further litigation.

4. An additional extension of time may allow the parties to negotiate a resolution to this dispute without the press of a court deadline thereby saving the parties considerable expense and conserving judicial resources.

5. Undersigned counsel for Plaintiff, Karl W. Carter, Esq., consents to extend the time to Answer or otherwise respond to Plaintiff's Complaint up to and including November 7, 2007.

WHEREFORE, Defendant respectfully request that this Court enter an order extending the time for Defendant to respond to Plaintiff's Complaint to and including November 7, 2007.

PALEY, ROTHMAN, GOLDSTEIN,
ROSENBERG, EIG & COOPER, CHARTERED

By     _____/s/_____
Hope B. Eastman, Esq., Bar No. 55517
James R. Hammerschmidt, Esq., Bar No. 448128
4800 Hampden Lane, 7th Floor
Bethesda, MD  20814
(301) 656-7603
*Attorneys for Defendant*

### Certificate of Service

I HEREBY CERTIFY that, on this 14th day of September, 2007, a copy of the foregoing Consent Motion for Extension of Time to Answer or otherwise respond to Plaintiff's Complaint was transmitted electronically pursuant to the system of the United States District Court for the District of Columbia and that the same will be available to Plaintiff's counsel.

_____/s/_____
Hope B. Eastman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOEL JOHNSON, JR.       :
                        :
    Plaintiff           :
                        :   Case No.: 07-cv-01175
v.                      :   Judge Colleen Kollar-Kotelly
                        :
PENN CAMERA EXCHANGE    :
                        :
    Defendant           :

## **ORDER**

UPON CONSIDERATION of the Motion for Extension of Time, it is this _____ day of _____, 2007 by the District Court for the District Of Columbia,

ORDERED, that the Motion for Extension of Time be, and the same is hereby GRANTED; and it is further

ORDERED, that the time for Defendant to Answer or otherwise respond to Plaintiff's Complaint be, and the same are hereby, extended until November 7, 2007.

_____
Judge Colleen Kollar-Kotelly
United States District Judge