SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| CARL WHITE, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | 06-CA No. 007276 |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| ) | |
| Respondent ) | |
| ) | |

### PETITIONER'S MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE HIS AMENDED PEITIONER'S BRIEF

Comes now the Petitioner by and through Counsel and moves this honorable court to extend the time in which to refill his Amended Petitioner's Brie.f Counsel for the Petitioner makes this motion on the grounds that he has a brief due in the District of Columbia Court of Appeals in In Re: Estate of Herbert B. Jordan, Docket No. 07-PR-68 on October 17, 2007. Counsel also has to respond to a Motion for Summary Affirmance in the Untied States Court of Appeals for the District of Columbia which was received at nearly the same time as the record was issued in the instant case and received by counsel just prior to the receipt of the Appellee's Motion for an extension . Counsel therefore requests and extension of time in which to file the Petitioner's Petition until December 2, 2007. Counsel for the Defendant does not object. And that Defendant shall have 45 days in which to

respond.

                        Respectfully submitted,

                        _/s/ Karl W. Carter_____
                        Karl W. Carter, Jr.
                        Attorney for the Appellant
                        1050 17th Street, N.W.
                        Suite 1000
                        Washington, D.C. 20036
                        (202) 955-1010

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| CARL WHITE, | ) |
| Petitioner | ) |
| v. | ) 06-CA No. 007276 |
| DISTRICT OF COLUMBIA | ) |
| Respondent | ) |

**PETITIONER'S MEMORANDUM OF POINTS
AND AUTHORITIES IN SUPPORT OF HIS MOTION
FOR EXTENSION OF TIME**

Rule 6(b) of the Superior Court Rules of Civil Procedure.

Respectfully submitted,

*Karl W. Carter, Jr.*

Karl W. Carter, Jr.
Attorney for the Appellant
1050 17th Street, N.W.
Suite 1000
Washington, D.C. 20036
(202) 955-1010

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that a copy of the foregoing Motion for Extension of Time was mailed postage prepaid to Ms. Thelma Brown, Assistant General Counsel, 441 4th Street N. W., Washington, D.C. 2001 this 12th day of October 2007.

                                                                */s/ Karl W. Carter, Jr.*
                                                                Karl W. Carter, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| JOEL JOHNSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.1:07-cv-01175 |
| | ) | Judge C.Kollar-Kotelly |
| PENN CAMERA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

## ORDER

This matter having come before this court upon the Parties Motion for an Extension of Time and based upon the points raised therein it is this_____day of January 2008:

ORDERED: That the parties Motion is hereby granted and the Scheduling Conference is continued until February 23, 2008.

_____
U.S. District Court Judge