UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| JOEL JOHNSON )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>PENN CAMERA, )<br>)<br>    Defendant. )<br>) | Civil Action No. 07-1175<br>Judge C.Kollar-Kotelly |

### CONSENT MOTION FOR AN EXTENSION OF TIME

    Comes now the Plaintiff and the Defendant by and through the under signed Counsel and hereby moves this honorable Court to extend the time for the Scheduling Conference in the above captioned case for a period of thirty days for the entry of the Scheduling Order herein. Counsel make this motion on the grounds that the parties are presently engaged in productive settlement discussions and believe that they may be able to resolve their differences within the next thirty days.

    Wherefore, based upon the foregoing it is submitted that the Scheduling Conference scheduled for January 31, 2008 is hereby continued until February 23, 2008.

Respectfully submitted,

_/s/ Karl W. Carter_
Karl W. Carter, Jr.
Bar No. 113449
1050 17th Street, N.W.
Suite 1000
Washington, D.C. 20002
(202) 955-1010

*Hope B. Eastman*

Hope B Eastman
Bar No. 55517
Counsel For Penn Camera, Inc.
4800 Hampden Lane
7th Floor
Bethesda, Md. 20814
(301) 951-9326

*Hope B. Eastman*

Hope B Eastman
Bar No. 55517
Counsel For Penn Camera, Inc.
4800 Hampden Lane
7th Floor

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| JOEL JOHNSON | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No.1:07-cv-01175 |
| PENN CAMERA, | ) ) ) | Judge C.Kollar-Kotelly |
| Defendant. | ) ) ) | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE PARTIES MOTION FOR AN EXTENSION OF TIME

Rule 6(b) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

*[signature: Karl W. Carter]*

Karl W. Carter, Jr.
Bar No. 113449
1050 17th Street, N. W.
Suite 1000
Washington, D.C. 20002
(202) 955-1010

*[signature: Hope B. Eastman]*

Hope B Eastman
Bar No. 55517
Counsel For Penn Camera, Inc.
4800 Hampden Lane
7th Floor
Bethesda, Md. 20814
(301) 951-9326

## CERTIFICATE OF SERVICE

I the undersigned do hereby certify that on January 23, 2008 a copy of the foregoing motion was mailed postage prepaid to Ms. Hope B. Eastman, Attorney for the Defendant, 4800 Hampden Lane, 7th Floor, Bethesda, Md. 20814.

Respectfully submitted,

 /s/ Karl W. Carter
Karl W. Carter, Jr.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION**

| | |
|---|---|
| JOEL JOHNSON      )<br>                             )<br>   Plaintiff,         )<br>                             )<br>v.                          )<br>                             )<br>PENN CAMERA,   )<br>                             )<br>   Defendant.       )<br>                             )<br>_____ ) | Civil Action No.1:07-cv-01175<br>Judge C.Kollar-Kotelly |

### ORDER

This matter having come before this court upon the Parties Motion for an Extension of Time and based upon the points raised therein it is this_____day of January 2008:

ORDERED: That the parties Motion is hereby granted and the Scheduling Conference is continued until February 23, 2008.

_____
U.S. District Court Judge