UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| JOEL JOHNSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.1:07-cv-01175 |
| ) | Judge C.Kollar-Kotelly |
| PENN CAMERA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

## RULE 16.3 CONFERENCE REPORT

The parties who have appeared herein submit this Report pursuant to Local Rule 16.3. Counsel for both parties met by pre-arranged meeting on January 10, 2008. Counsel conducted phone conference on said date, in accordance with Local Rule 16.3 and Federal Rule of Civil Procedure, Rule 26(f), discussed the points listed in Local Rule 16.3(c) and reached the agreements set forth below.

1. The parties agree that this case should be assigned to the Standard track sequence. The Plaintiff believes at this time that his case is not likely to be disposed of by dispositive motions. Defendant believes that this matter may be resolved by a dispositive motion and intends to file any such Motion for Summary Judgment, within forty five (45) days from the end of discovery.

2. The parties do not anticipate the inclusion of any new litigants, at this time. The parties can not agree on the factual and legal issues at this time.

3. The parties have no objection to the assignment of this case to a Magistrate for sole purpose of handling discovery issues, but not for trial.

4. The parties are currently engaged in productive settlement discussions and

hope to resolve this matter within the next thirty days.

5. The parties at this time are of the belief that this case would benefit from ADR at this time should their current efforts fail.

3. Once discovery is completed the parties believe mediation may be appropriate.

6. The parties are willing to dispense with the initial disclosures as required by Rule 26(a)(1).

7. The parties agree that the scope of discovery will be in accordance with the requirements of the standard track to begin upon the signing of the Scheduling Order by the court. The parties recommend that 180 days be permitted for discovery. The parties will request the enlargement of the number of interrogatories due to thirty five interrogatories.

9. Plaintiff shall make disclosures of any experts pursuant to Federal Rule 26(a)(2) in sixty days after the disposition of any dispositive motion. Defendant shall make disclosure of any responsive experts sixty (60) days thereafter. The Deposition of any expert witnesses shall take place within thirty days after the filing of the Defendant's expert witnesses reports.

10. The parties do not believe that the trial of this case should be bifurcated.

11. The pretrial should be held within sixty days after the after the close of expert discovery.

12. The trial date is to be set by the court at the pretrial conference.

Respectfully Submitted,

*/s/ Karl W. Carter*

Karl W. Carter, Jr.
Bar No. 113449
1050 17th Street, N. W.
Suite 1000
Washington, D.C. 20002
(202) 955-1010

*/s/ Hope B Eastman*

Hope B Eastman
Bar No. 55517
Counsel For Penn Camera, Inc.
4800 Hampden Lane
7th Floor
Bethesda, Md. 20814
(301) 656-7603

## CERTIFICATE OF SERVICE

I the undersigned do hereby certify that on January 23, 2008 a copy of the foregoing motion was mailed postage prepaid to Ms. Hope B. Eastman, Attorney for the Defendant, 4800 Hampden Lane, 7th Floor, Bethesda, Md. 20814.

Respectfully submitted,

/s/ Karl W. Carter
Karl W. Carter, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| JOEL JOHNSON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PENN CAMERA, )<br>)<br>Defendant. )<br>)<br>_____) | Civil Action No. 07-1175<br>Judge C.Kollar-Kotelly |

## ORDER

This matter having come before this court upon the parties

Rules 16.3 Conference Report and based upon the points raised there in it is this

_____ day of January 2008it is hereby;

ORDERED:

    1. This case is hereby assigned to the Standard track sequence, the parties to be allowed thirty five interrogatories each.

    2. All discovery issues will be handled by the United States Magistrate.

    3. The case will be referred for mediation upon the joint request of the parties

    5. Any summary judgement motion will be filed six weeks after discovery is closed with opposition and reply due pursuant to the local rules.

    6. Discovery to close within one hundred and eighty (180) days from the of this

7. Plaintiff shall make disclosures of any experts pursuant to Federal Rule 26(a)(2) in sixty days after dispositive motions have been determined. Defendant shall make disclosure of any responsive experts sixty (60) days thereafter.

8. Initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be waived.

9. The trial of this case will not be bifurcated.

10. The pretrial conference will be set sixty (60) days following the close of expert discovery.

11. The trial date is to be set by the court after the pretrial conference.

_____
U.S. District Court Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| JOEL JOHNSON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PENN CAMERA, )<br>)<br>Defendant. )<br>)<br>_____) | Civil Action No. 07-1175<br>Judge C.Kollar-Kotelly |

## ORDER

This matter having come before this court upon the parties Rules 16.3 Conference Report and based upon the points raised there in it is this

_____day of January 2008it is hereby;

ORDERED:

1. This case is hereby assigned to the Standard track sequence, the parties to be allowed thirty five interrogatories each.

2. All discovery issues will be handled by the United States Magistrate.

3. The case will be referred for mediation upon thejoint request of the parties

5. Any summary judgement motion will be filed six weeks after discovery is closed with opposition and reply due pursuant to the local rules.

6. Discovery to close within one hundred and eighty (180) days from the of this

4

7. Plaintiff shall make disclosures of any experts pursuant to Federal Rule 26(a)(2) in sixty days after dispositive motions have been determined. Defendant shall make disclosure of any responsive experts sixty (60) days thereafter.

8. Initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be waived.

9. The trial of this case will not be bifurcated.

10. The pretrial conference will be set sixty (60) days following the close of expert discovery.

11. The trial date is to be set by the court after the pretrial conference.

_____
U.S. District Court Judge