UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOEL JOHNSON, JR.** : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Civil Action No. **07cv1175** |
| : | Judge Colleen Kollar-Kotelly |
| **PENN CAMERA EXCHANGE** : | |
| : | |
| Defendant : | |

**ORDER**

On February 21, 2008, the Court received notice from counsel for the parties, that the parties have reached a settlement in principle.

Accordingly, it is this  28th  day of February, 2008,

**ORDERED** that this case is **DISMISSED**.  The dismissal shall be without prejudice for a period of thirty (30) days from the date of this Order [until March 24, 2008].  Should counsel fail to move to extend or to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed **with** prejudice.

/s/
JUDGE COLLEEN KOLLAR-KOTELLY
United States District Judge