Joel Johnson Jr
5430 85th Avenue 202
Hyattsville MD 20784
301-731-5237
joeljohnsonjr@verizon.net

Judge Colleen Kollar-Kotelly
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

*Let it be filed*
*Judge C*
*Kollar-Kotelly*
*March 20, 2008*

JOEL JOHNSON, JR v PENN CAMERA EXCHANGE
Case Number: 1:2007cv01175

Dear Ms. Kollar-Kotelly

Need Help, Racism is a Crime!
Both lawyers Penn Camera's [Hope Eastman] and mine [Karl Carter] are working together against me. My lawsuit is being ignored, I'm being ignored and no matter what I say they do what they want to do. The only reason there is movement on this case, there was apparently a hearing scheduled at the end of February. I found out about the hearing sitting in my lawyer's office he was talking to the officer of the court, I was asked if I would be willing to work out a settlement. I agreed in principal that a settlement could be reached. I was not shown anything or I did not sign anything. Penn Camera had already turned down an offer in August 2007. They are more intent on making sure there is a favorable conclusion for Penn Camera and to make sure this does not get to court or made public record. According to the employees they are being threatened to keep them from giving testimony against Penn Camera.

The lawyers have resorted to making up false incidents to use to threaten me in an attempt [Letter enclosed] to intimidate me into a settlement.
Penn Camera has no defense to my lawsuit.
I am requesting a summary judgment or a default judgment ruling on my case.


Joel Johnson Jr

GLENN M COOPER
VICTOR J ROSENBERG*
MARK S GOLDSTEIN
MARK S ROTHMAN
STEPHEN H PALEY
PAULA A CALIMAFDE
RONALD A DWECK
ARTHUR H BLITZ*
ROBERT H MACLAY
STEVEN A WIDDES
HOPE B EASTMAN
ALAN S MARK
DANIEL P HODIN
ARTHUR G HOUSE†
ROY I NIEDERMAYER
JEFFREY A KOLENDER
DANIEL S KOCH
DIANE A FOX
MARK A BINSTOCK
PATRICIA M WEAVER
KATHLEEN M DUMAIS
JAMES R HAMMERSCHMIDT

*ALSO ADMITTED IN VIRGINIA
†NOT ADMITTED TO DC BAR
ADMITTED IN DC ONLY

LINDA D SCHWARTZ
WAYNE D EIG
PAUL G MARCOTTE, JR
KATHERINE PALUMBO
DEBORAH A COHN
HOWARD B SOYPHER
ARNOLD B SHERMAN
HILLARY E CLARK†
DAVID P SHAPIRO
BIBI M BERRY
MARK B BARTRAM†
MARIANNE KAYAN
J MAX BARGER*
MIGUEL A MARTINEZ JR*
ANAND M PILLAY†
TRACEY L PERRICK†
STEVEN L GOLDBERG†

OF COUNSEL
LISA A KERSHNER†
KAREN H MOORE*

SENIOR OF COUNSEL
LOUIS H DIAMOND



**PALEY ROTHMAN**
GOLDSTEIN, ROSENBERG, EIG & COOPER
CHARTERED

ATTORNEYS AT LAW
4800 HAMPDEN LANE, 7TH FLOOR
BETHESDA MARYLAND 20814-2922
PH 301-656-7603   FX 301-654-7354

WRITER'S E-MAIL AND DIRECT DIAL
(301) 951-9326
heastman@paleyrothman.com

March 5, 2008

**VIA FEDERAL EXPRESS**
Mr. Joel Johnson
5430 85th Avenue
Hyattsville, MD 20784

**VIA FIRST CLASS MAIL**
Mr. Joel Johnson
c/o Karl W. Carter, Esq.
1050 17th Street, N.W.
Suite 1000
Washington, D.C. 20002

      Re: Joel Johnson v. Penn Camera

Dear Mr. Johnson:

      Please be advised that, our client, Penn Camera, is the proprietor of the property located at 840 E Street, NW, located in Washington, D.C, as well as nine other stores. Penn Camera has the right of possession to these locations and, therefore, Penn Camera has the right to control the premises. We have previously requested through communications with your attorney, Mr. Carter that you stay away from the Penn Camera stores. Mr. Carter explained to us that advised you of our request. Nevertheless, at least once since those discussions, you came to the store and were frightening employees. It now appears that you have placed three flyers on the windows of the E Street store, copies of which are attached.

      At this time, we more formally demand that you cease and desist from trespassing on the E Street property or any of the other Penn Camera stores during business hours or otherwise, from communicating with employees, and from placing anything on any of the walls, windows, or other locations at any of the stores.

Mr. Joel Johnson
March 5, 2008
Page 2

      In the event that you fail to honor our demand and continue to interfere with our client's property and its employees, Penn Camera will seek all rights and remedies available to it, including criminal prosecution for trespass, defacing private property, and other relevant offenses. With Mr. Carter's consent, we are addressing this letter to you personally as well.

      Sincerely,

Hope B. Eastman
Counsel for Penn Camera Exchange, Inc.

