IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOEL JOHNSON, JR. | : | |
| | : | |
| Plaintiff | : | |
| | : | Case No.: 07-cv-01175 |
| v. | : | Judge Colleen Kollar-Kotelly |
| | : | |
| PENN CAMERA EXCHANGE | : | |
| | : | |
| Defendant | : | |

## CONSENT MOTION FOR REFERRAL TO MAGISTRATE JUDGE

Defendant, Penn Camera Exchange, by and through undersigned counsel, Paley, Rothman, Goldstein, Rosenberg, Eig & Cooper, Chartered, pursuant to this Court's Minute Order entered on March 20, 2008, respectfully requests that this Honorable Court enter an Order referring this matter to Magistrate Judge Alan Kay and for cause states as follows:

1. On or about Febraury 21, 2008, the Court received notice that the parties had reached a settlement in principle.

2. Accordingly, the Court dismissed the case without prejudice for a period of 30 days (until March 24, 2008).

3. On or about March 20, 2008, the Plaintiff, Joel Johnson sent a letter to chambers questioning the terms of the settlement.

4. As a result of that letter the Court entered the Minute Order on March 20, 2008 suggesting that the parties consent to a referral to Magistrate Judge Alan Kay for mediation to resolve any remaining settlement issues.

5. Counsel for Defendant conferred with undersigned counsel for Plaintiff, Karl W. Carter, Esq., and the parties have agreed to accept the referral to Judge Kay for mediation.

WHEREFORE, Defendant respectfully request that this Court enter an order referring the case to Magistrate Judge Alan Kay for mediation to resolve any remaining settlement issues.

                                          PALEY, ROTHMAN, GOLDSTEIN,
                                          ROSENBERG, EIG & COOPER, CHARTERED

By        /s/
           Hope B. Eastman, Esq., Bar No. 55517
           James R. Hammerschmidt, Esq., Bar No. 448128
           4800 Hampden Lane, 7th Floor
           Bethesda, MD 20814
           (301) 656-7603
           *Attorneys for Defendant*

## Certificate of Service

I HEREBY CERTIFY that, on this 28th day of March, 2008, a copy of the foregoing Consent Motion for Referral to a Magistrate Judge was transmitted electronically pursuant to the system of the United States District Court for the District of Columbia and that the same will be available to Plaintiff's counsel.

                                  /s/
                             Hope B. Eastman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOEL JOHNSON, JR. | : | |
| | : | |
| Plaintiff | : | |
| | : | Case No.: 07-cv-01175 |
| v. | : | Judge Colleen Kollar-Kotelly |
| | : | |
| PENN CAMERA EXCHANGE | : | |
| | : | |
| Defendant | : | |

## **ORDER**

UPON CONSIDERATION of the Consent Motion for Referral to a Magistrate Judge, it is this _____ day of _____, 2008 by the District Court for the District Of Columbia,

ORDERED, that the Consent Motion for Referral to a Magistrate Judge be, and the same is hereby GRANTED; and it is further

ORDERED, that this Court will refer this matter to Magistrate Judge Alan Kay for mediation of any remaining settlement issues.

_____
Judge Colleen Kollar-Kotelly
United States District Judge