REFERRAL TO MAGISTRATE JUDGE

CATEGORY:    H

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 28:1331 Federal Question: Employment Discrimination | | | |
|---|---|---|---|---|
| CASE NO:<br>07cv1175 | DATE REFERRED:<br>March 31, 2008<br><br>DISPOSITION DATE: | PURPOSE:<br>Mediation | JUDGE:<br>Colleen Kollar-Kotelly | MAG. JUDGE<br>Alan Kay |

| PLAINTIFF (S) :<br><br>JOEL JOHNSON, JR. | DEFENDANT(S):<br><br>PENN CAMERA EXCHANGE |
|---|---|

ENTRIES: