UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOEL JOHNSON, JR.<br><br>    Plaintiff,<br><br>    v.<br><br>PENN CAMERA EXCHANGE,<br><br>    Defendant. | Civil Action No. 07-1175 (CKK) |

**ORDER**
(June 11, 2008)

On April 22, 2008, Magistrate Judge Kay held a settlement conference with the Parties in the above-captioned case that produced a written settlement agreement signed by both Parties and their counsel. Mr. Joel Johnson thereafter sent various letters to this Court concerning aspects of those settlement discussions which the Court forwarded to the Magistrate Judge.[1] Magistrate Judge Kay again met with the Parties on May 13, 2008, to discuss any remaining settlement issues.

The Court had previously dismissed the case without prejudice for a period of time to allow the Parties to finalize their settlement agreement, and indicated that the case would be dismissed *with* prejudice after that period of time if no party moved to extend the period or reopen the case. *See* [11] Order at 1 (Feb. 21, 2008) (explaining that the parties had reached a settlement in principle and dismissing the case without prejudice until March 24, 2008, and indicating that the case would be dismissed with prejudice if no party moved to extend or reopen

---

[1] Because the letters concerned settlement discussions, the Court did not order them to be filed on the public docket.

by that date).  The Court extended the period of dismissal without prejudice on March 20, 2008, and April 22, 2008, respectively.  *See* Min. Orders dated March 20, 2008, and April 22, 2008.  Pursuant to those Orders, the case was dismissed *with* prejudice on May 20, 2008.

The Court received letters from Mr. Johnson on May 27, 2008, and June 10, 2008, asking to set aside the Settlement Agreement reached on April 22, 2008.[2]  The Court shall construe Mr. Johnson's request as a motion brought under Federal Rules of Civil Procedure 59(e) and/or 60(b).  *See Amer. Security Vanlines, Inc. v. Gallagher*, 782 F.2d 1056, 1062-63 (D.C. Cir. 1986).  The Court shall also file these letters on the docket, but shall place the attachments to the letters under seal until further order of the Court because they appear to contain attorney-client communications and settlement discussions which are not ordinarily placed on the public docket.  The attachments shall be made available in the Clerk's Office for review by the Parties.

Accordingly, it is, this 11th day of June, 2008, hereby

**ORDERED** that Plaintiff shall file a legal brief explaining why the Court should vacate its Order dated February 21, 2008, and Minute Orders dated March 20, 2008, and April 22, 2008, and why the Parties' settlement agreement should be set aside, no later than July 11, 2008.  Defendant shall file a Response no later than August 1, 2008, and if Plaintiff chooses to file a Reply, he shall file it no later than August 15, 2008; and it is further

**ORDERED** that the Clerk of the Court shall send this Order directly to Mr. Johnson (in addition to the attorneys listed on the docket) at the following address:

---

[2] The Court notes that there is no requirement that the written settlement agreement be filed on the docket.

Joel Johnson Jr.
5430 85th Ave. 202
Hyattsville MD 20784

      **SO ORDERED.**

Date: June 11, 2008

                                              */s/*
                                     COLLEEN KOLLAR-KOTELLY
                                     United States District Judge