
*Let this be filed*
*Judge CKK - Kotelly 6/11/08*

Joel Johnson Jr
5430 85th Avenue 202
Hyattsville MD 20784
301-731-5237
joeljohnsonjr@verizon.net

Judge Colleen Kollar-Kotelly
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

JOEL JOHNSON, JR v PENN CAMERA EXCHANGE
Case Number: 1:2007cv01175

Motion to rescind settlement of April 22, 2008, I a test it was acquired by intimidation, deceit and fraud. My right to sue under Title VII should not be forfeited because of the misconduct of lawyers and on that basis I am entitled to relief.

I seek re-instatement of my lawsuit JOEL JOHNSON, JR v PENN CAMERA EXCHANGE Case Number: 1:2007cv01175

Rule 7(a)(1)

1. February 22, 2008 I agreed to attempt an out-of-court settlement with Penn Camera. Offer was put forth by Penn Camera, which **I totally rejected.** Then I received by FedEx a letter from Paley Rothman law firm and their lawyer Hope Eastman with consent of Karl Carter (enclosed) threatening me an a attempt at intimidation to force me to except their out-of-court settlement offer. From 7-07 through 1-08 I had been at their E street store about 11 times either to purchase merchandise or talk with friends. [Fernando Castillo known 17years, George Page known 12years, William Carter known 13years, Barbara Richardson known 9years]. Neither Penn Camera nor it's lawyer had anything to say until I turned down their settlement offer.

Rule 9(b)

2. April 22, 2008 hearing in Judge Alan Kay's chambers, Karl Carter and Hope Eastman misrepresented objectives for the hearing to the court and plaintiff. Plaintiff thought he was negotiating based on plaintiff's draft settlement offer (3/12/08 enclosed). Karl Carter and Hope Eastman deliberately substituted the signature page from the defendant's settlement offer, which was pervious rejected, for the page in the plaintiff's offer and deceived plaintiff Joel Johnson into signing. Karl Carter and Hope Eastman purposely concealed the existence of the defendant's settlement that they had in their position at the hearing, which was then submitted to the court.

Joel Johnson Jr

Date 5-21-08