Joel Johnson Jr
5430 85th Avenue 202
Hyattsville MD 20784
301-731-5237
joeljohnsonjr@verizon.net

Judge Colleen Kollar-Kotelly
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

JOEL JOHNSON, JR v PENN CAMERA EXCHANGE
Case Number: 1:2007cv01175

I am requesting that my lawsuit be reinstated and my right to sue upheld, based on the fact according to the case docket the both lawyers Karl Carter and Hope Eastman had entered into settlement talks without my knowledge or consent. Both Karl Carter and Hope Eastman misled, misrepresented and lied to the court and to me concerning the goings on of this case. Willingly knowingly committed fraud. Karl Carter did not abide by my request to reopen the case resulted in it being dismissed. There is no copy of this so-called settlement in the court record
I also would like this letter entered into court record.

Joel Johnson Jr

_[signature]_

Date 6-6-08

_[handwritten annotation: Let this be filed Judge Colleen Kollar-Kotelly 6/11/08]_