UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOEL JOHNSON, JR.<br><br>Plaintiff,<br><br>v.<br><br>PENN CAMERA EXCHANGE,<br><br>Defendant. | Civil Action No. 07-1175 (CKK) |

**ORDER**
(June 11, 2008)

The Court shall place under seal the attachments to Plaintiff's letters received on May 27, 2008 and June 9, 2008, until further order of the Court, because the attachments appear to contain attorney-client communications and settlement discussions. The attachments shall be made available in the Clerk's Office for review by the Parties.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　United States District Judge

