*Let this be filed.*
*Judge C Kollar-Kotelly*
*6/24/08*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Joel Johnson Jr
   Plaintiff

                        Case No. 07-cv-01175
                        Judge Colleen Kollar-Kotelly

V

Penn Camera Exchange,
   Defendant


**PLAINTIFF REQUEST FOR COURT HEARING**


Plaintiff requests that the Court Enter an Order for Parties to appear before the Court for a hearing to the Defendant's response (to be filed by August 1, 2008) to the Courts Order of June 11, 2008. This will greatly expedite this matter saving the Courts time and resolve any issues the Parties might have in response.


_____  Date 6-20-08
Joel Johnson Jr
5430 85th Avenue 202
Hyattsville Maryland 20784
301 731-5237