*Let this be filed.*
*Judge C Koller-Kotelly*
*7/31/08*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Joel Johnson Jr
    Plaintiff

                                 Case No. 07-cv-01175
                                 Judge Colleen Kollar-Kotelly

V

Penn Camera Exchange,
    Defendant


PLAINTIFF SUBMITTS ADDITIONAL EVIDENCE IN
RESPONSE TO COURTS ORDER JUNE 11, 2008


I am not sure if the court can accept recorded evidence, enclosed is a recording from May 17th between the Plaintiff and Plaintiff's counsel Karl Carter. There cannot be an agreement when you are claiming changes can be made. This was all a ploy by Counsels to get my lawsuit out of the court system so they would not be constrained by court timetables for court filings and hearing dates. I did not agree to changes or to this so-called agreement that I cannot get a copy of. I have seen it twice, in February when it was rejected and May 7 in Judge Kays chambers.
Based on the facts stated above Plaintiff ask the Court to vacate its Order dated February 21, 2008, Minutes Orders March 20, 2008, April 22, 2008, and aside settlement agreement. Also Plaintiff asks the Court to re-instated Plaintiff's lawsuit Case # 07-cv-01175.


_____    Date 7-24-08
Joel Johnson Jr
5430 85th Avenue 202
Hyattsville Maryland 20784
301 731-5237