UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOEL JOHNSON, JR.<br><br>Plaintiff,<br><br>v.<br><br>PENN CAMERA EXCHANGE,<br><br>Defendant. | Civil Action No. 07-1175 (CKK) |

**ORDER**
(July 31, 2008)

The Court received a letter from Plaintiff dated June 24, 2008, along with an enclosed audio recording of an alleged conversation between Plaintiff and his counsel. The Court shall permit the letter to be filed on the public docket, but advises Plaintiff that his future communications must be filed with a certificate of service indicating that he has sent the communications to opposing counsel. The Court shall also place under seal the enclosed audio recording until further order of the Court. The audio recording shall be made available in the Clerk's Office for review by the Parties and counsel for the Parties.

**SO ORDERED.**

                                              /s/
                                  COLLEEN KOLLAR-KOTELLY
                                  United States District Judge