UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| JOEL JOHNSON | ) | |
| | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Ca. No. 1:2007cv01175 |
| | ) | |
| PENN CAMERA EXCHANGE | ) | |
| | ) | |
|     Defendant | ) | |
| _____ | ) | |

**COUNSEL'S RESPONSE TO PLAINTIFF'S MOTION TO SET ASIDE THE SETTLEMENT AGREEMENT**

    The undersigned counsel was retained by the Plaintiff to represent him in the matter of his complaint against his former employer Penn Camera Exchange. Counsel filed the Plaintiff's Complaint with this court in a timely fashion. After the filing of the Defendant's Answer Counsel with the approval of the Plaintiff entered into settlement negotiations with the Defendant. Counsel for the parties were able to reach an agreement as to the terms of a settlement. During this period of time the Plaintiff placed a sign on the windows of the Defendant alleging that Defendant was guilty of discrimination listing the case number of the instant case. Counsel met with his client on the matter and was able to resolve the matter with the Defendant. Subsequently, Counsel met with the Plaintiff who objected to certain portions of the Settlement Agreement. Unable to resolve the matter with the Defendant a meeting was scheduled with

Magistrate Kay to assist in resolving the impasse.

On April 22, 2008 the parties met and at the bequest of Magistrate Kay explained the nature of the impasse between the parties. In particular Plaintiff had objected to a clause which called for confidentiality and after discussing the matter separately with him the parties met with Magistrate Kay and the Plaintiff signed the agreement before Counsel and Magistrate Kay. No pressure was applied to the Plaintiff nor was there any collusion between counsel for the Plaintiff and the Defendant. Plaintiff signed the document of his own free will to the best of observations of Counsel. When Plaintiff signed the document he was asked by the Magistrate if he was familiar with the document and he confirmed that he was familiar with the document and had discussed it with counsel.

Moreover, after Plaintiff had signed the document the Parties met a second time and reviewed the document and made changes to the it which were initialed by the Plaintiff.[1] Moreover, after Plaintiff had signed the document the Parties met a second time with Judge Kay. The Judge had him read it over. He reviewed the document and made changes to the document which were initialed by him. He told the Judge he was agreeing to it. During the course of the discussion with the Magistrate Plaintiff clearly indicated that he agreed to the

---

[1] When the parties met on May 7, 2008 Counsel for the Defendant had brought with her the agreed upon settlement amount . Also there remained the amount of $3,500. due and owing to Plaintiff's Counsel under the Contract..

settlement. Thereafter Plaintiff filed his objections to the settlement with this court.

>Respectfully submitted,

>/s/Karl W. Carter, Jr.
>_____
>Karl W. Carter, Jr. #113449)
>1050 17th Street, N.W.
> Suite 1000
> Washington. D.C. 20036
> (202) 955-1010

## CERTIFICATE OF SERVICE

I the undersigned do hereby certify that a copy of the foregoing response to the Plaintiff, Joel Johnson, 5430 85th Avenue, Apt. 202, Hyattsville, Md. 10784 and Hope B Eastman, 4800 Hampden Lane, 7th Floor, Bethesda, Md. 20814, this 4th day of August 2008.

>/s/Karl W. Carter, Jr.
>_____
>Karl W. Carter, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| JOEL JOHNSON              ) | |
|     Plaintiff              ) | |
| v.                        ) | Ca. No. 1:2007cv01175 |
| PENN CAMERA EXCHANGE      ) | |
|     Defendant              ) | |

## ORDER

This matter having come before this court upon Plaintiff's Motion to Set Aside the Settlement Agreement, Counsel's Response thereto, the Defendant's Response thereto and the Affidavit the U.S. Magistrate and based upon the points raised therein; it is this _____day of _____2008:

**ORDERED**: That the Plaintiff's Motion is hereby denied and that the Defendant shall pay Counsel for the Plaintiff the amount of $3,500.00 due and owing as attorney's fees in the instant case.

_____
Judge